IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL R. SELNER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:19-cv-234

Magistrate Judge Michael J. Newman
(Consent Case)

**ORDER: (1) TERMINATING THE PARTIES' PREVIOUSLY FILED JOINT MOTION THAT WAS FILED IN ERROR (DOC. 16); (2) GRANTING THE PARTIES' CORRECTED JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 17); AND (3) AWARDING PLAINTIFF $3,300.00 IN EAJA FEES**

This Social Security disability benefits appeal is before the Court on the parties' corrected joint motion in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $3,300.00. Doc. 17. Based upon the parties' motion in which they present no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** the parties' corrected joint motion (doc. 17); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $3,300.00. In addition to the foregoing, the parties' previously filed joint motion (doc. 16) appears to have been filed in error and is, accordingly, **TERMINATED** on the Court's docket. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date:  February 18, 2020

    s/ Michael J. Newman
    Michael J. Newman
    United States Magistrate Judge